

Joel H. Rosner<br>
Partner<br>
Tel. (212) 216-1187<br>
jrosner@tarterkrinsky.com

August 21, 2024

> **Application denied. I will rule on Plaintiff's motion to remand at the already scheduled 9/6/24 conference.**
>
> 8/23/24   SO ORDERED.
>
> *Cathy Seibel*
> CATHY SEIBEL, U.S.D.J.

<u>Via Regular Mail</u>

Hon. Cathy Seibel
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

Re: *Walbro LLC f/k/a Walbro Engine Management, LLC v. TI Group Automotive Systems, LLC d/b/a TI Fluid Systems*, Case No. 7:24-cv-05662 (S.D.N.Y.)

Dear Judge Seibel:

We represent the Defendant in this matter. We write to request an adjournment of the conference scheduled for September 6, 2024. No previous request has been made to adjourn this conference.

Defendant seeks to adjourn this conference to allow time for the third-party defendant Electrical Components International, Inc. ("ECI") to appear in this case and participate in the conference, including joining in the preparation of the Civil Case Discovery Plan and Scheduling Order the parties must submit in advance of the conference. (We note that the Court scheduled the September 6 conference prior to the time that ECI had been served with process in this case.) We assume your Honor would prefer to have all parties present at the time of this conference.

We have conferred with counsel for Plaintiff (copied here), and they do not oppose an adjournment. Thank you for your consideration.

Respectfully,

Joel

Joel H. Rosner

c: Scott M. Salant, Esq.