UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
WALBRO LLC f/k/a WALBRO ENGINE MANAGEMENT, LLC,

                              Plaintiff,                         **ORDER**

       – against –                                       No. 24-CV-5662 (CS)

TI GROUP AUTOMOTIVE SYSTEMS, LLC d/b/a TI FLUID SYSTEMS,

                              Defendant.
------------------------------------------------------------------------x

Seibel, J.

      For the reasons set forth on the record on September 6, 2024, Plaintiff's motion to remand is GRANTED. Defendant's cross-motion for transfer of venue is DENIED. Accordingly, it is hereby ORDERED that this action be REMANDED forthwith to the Supreme Court of the State of New York, County of Westchester.

**SO ORDERED.**

Dated: September 9, 2024
       White Plains, New York

                                                  _____
                                                   CATHY SEIBEL, U.S.D.J.